Sergio Salzano, Esq.
Nevada Bar No. 006482
LYNCH, HOPPER & SALZANO, LLP.
231 South Third Street, Suite 130
Las Vegas, Nevada 89101
(702) 868-1115
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited-liability company, | ) )  )  )  )  ) Civil Action No. 2:10-CV-01036 LRH-PAL )  )  )  )  )  )  )  ) |
| Plaintiff, | |
| vs. | |
| REALTY ONE GROUP, INC., a Nevada corporation; DAVID TINA, an individual, and MICHAEL J. NELSON, an individual, | |
| Defendants. | |

## DEFENDANT, MICHAEL J. NELSON'S REPLY IN SUPPORT OF MOTION TO DISMISS

### POINTS AND AUTHORITIES

### I.    INTRODUCTION

As this Court is well aware, Righthaven, LLC (hereinafter "Righthaven") has sued Michael Nelson for copyright infringement.  The alleged infringement involves five paragraphs of an 18 paragraph news article entitled "Program May Level Housing Sale Odds" (hereinafter the "Program Article").  Mr. Nelson has requested that this Court dismiss the Complaint for failure to state a claim under F.R.C.P. 12(b)(6).

It is axiomatic that in challenging the sufficiency of the pleadings, through the vehicle of a motion to dismiss, the parties and the Court must assume that Righthaven's claim of ownership of the copyright in the Program Article is true.  Righthaven did not need to attach