AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Righthaven LLC

Plaintiff,

V.

Realty One Group, Inc.,
David Tina, Michael J. Nelson

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-01036-LRH -PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is hereby entered in favor of defendants, Realty One Group, Inc., David Tina, and Michael J. Nelson, and against plaintiff, Righthaven LLC.

February 8, 2011

Date

/s/ Lance S. Wilson

Clerk

Molly Morrison

(By) Deputy Clerk