SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorney for Plaintiff Righthaven LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>REALTY ONE GROUP, INC., a Nevada corporation; DAVID TINA, an individual; and MICHAEL J. NELSON, an individual,<br><br>　　　　　Defendants. | Case No.: 2:10-cv-01036-LRH-PAL<br><br>**RIGHTHAVEN LLC'S NOTICE OF APPEAL** |

　　　NOTICE is hereby given that Righthaven LLC ("Righthaven"), Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final Judgment in a Civil Case entered in this action on the 8th day of February, 2011 (Doc. # 25), which was entered in favor of Defendants Michael J. Nelson and Realty One Group, Inc. based on the Court's October 19, 2010 Order (Doc. # 17) and the Court's February 8, 2011 Order (Doc. # 24).

Dated this 11th day of February, 2011.

SHAWN A. MANGANO, LTD.


By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

**CERTIFICATE OF SERVICE**

Pursuant to LR 5-4, I hereby certify that a true and correct copy of the foregoing document was served via the Court's CM/ECF system on February 11, 2011 on counsel of record in this action.


By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.