J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
jccoons@gmail.com
10655 Park Run Drive, Suite 150
Las Vegas, Nevada 89144
(702) 335-4999

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>REALTY ONE GROUP, INC., a Nevada corporation; DAVID TINA, an individual; and MICHAEL J. NELSON, an individual;<br><br>Defendants. | Case No: 2:10-cv-01036-LRH-PAL<br><br>**MOTION AND PROPOSED ORDER TO WITHDRAW AS COUNSEL OF RECORD** |

J. CHARLES COONS, Esq. respectfully moves this court for an order permitting J. Charles Coons, Esq. ("Mr. Coons"), who has appeared in these proceedings, to withdraw as counsel for Righthaven LLC ("Righthaven"), in the above captioned matter, pursuant to Local Rule IA 10-6, S.C.R 46, and N.R.P.C 1.16 (b)(1) and (7).

This Motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of J. Charles Coons, Esq., attached hereto, the pleadings and papers on file herein, and any argument adduced at the hearing of this Motion to Withdraw as Counsel of Record.

1

MOTION TO WITHDRAW AS COUNSEL OF RECORD

Dated this fourteenth day of February, 2011.

J. CHARLES COONS, ESQ.

By: /s/ J. Charles Coons
Nevada Bar No. 10553
jccoons@gmail.com
10655 Park Run Drive, Suite 150
Las Vegas, Nevada 89144
(702) 335-4999

MEMORANDUM OF POINTS AND AUTHORITIES

Mr. Coons is no longer employed as the assistant general counsel at Righthaven. Furthermore, Mr. Coons was not retained to represent Righthaven as outside counsel, in the above captioned matter, or any other pending case or matter before this Court on behalf of Righthaven. The Local Rule IA 10-6 (a) provides that "No attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel."  Righthaven received notice of Mr. Coons' intent to withdraw from this case, and all other Righthaven cases, upon Mr. Coons' final week of employment with Righthaven. Additionally, the opposing counsel in this case will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate of service attached herein.

Additionally, Local Rule IA 10-6 (e) provides that "no withdrawal... shall be approved if delay of discovery, the trial or any hearing in the case would result." Here, no delay of any kind will result from Mr. Coons' withdrawal because Righthaven is represented in this matter by outside counsel, having previously appeared before this Court, and represented by a robust internal legal team employed by Righthaven. Mr. Coons' withdrawal will not prejudice either party or delay any proceeding in this matter.

2

MOTION TO WITHDRAW AS COUNSEL OF RECORD

CONCLUSION

For the reasons set forth above, Mr. Coons respectfully moves this Court enter an Order approving the withdrawal of Mr. Coons as a representing attorney for Righthaven in the instant matter.

Dated this fourteenth of February, 2011.

                          J. CHARLES COONS, ESQ.

                          By: /s/ J. Charles Coons
                          Nevada Bar No. 10553
                          jccoons@gmail.com
                          10655 Park Run Drive, Suite 150
                          Las Vegas, Nevada 89144
                          (702) 335-4999

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: _____**

J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
jccoons@gmail.com
10655 Park Run Drive, Suite 150
Las Vegas, Nevada 89144
(702) 335-4999

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>REALTY ONE GROUP, INC., a Nevada corporation; DAVID TINA, an individual; and MICHAEL J. NELSON, an individual;<br><br>Defendants. | Case No: 2:10-cv-01036-LRH-PAL<br><br>**DECLARATION OF J. CHARLES COONS, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

I, J. Charles Coons, declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney-at-law admitted to practice in all courts of the State of Nevada. I have personal knowledge of the facts set forth below and I believe them to be true. I am over eighteen years old and I am competent to testify to the matters set forth herein.

2. I represented Plaintiff Righthaven LLC ("Righthaven"), in the capacity of assistant general counsel, in the above-referenced matter from the filing date of the instant complaint until my departure from Righthaven on January 28, 2011.

3. I am no longer employed with Righthaven as of January 28, 2011.

4. I currently do not represent Righthaven, as outside counsel or in any other capacity, on any pending Righthaven case or matter before this Court.

4

MOTION TO WITHDRAW AS COUNSEL OF RECORD

5.      The Righthaven executive team was given notice of my intent to withdraw from this case and all other pending Righthaven cases, before this Court, on or before January 28, 2011.

Dated this fourteenth of February, 2011.

J. CHARLES COONS, ESQ.

By: /s/ J. Charles Coons
Nevada Bar No. 10553
jccoons@gmail.com
10655 Park Run Drive, Suite 150
Las Vegas, Nevada 89144
(702) 335-4999

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this fourteenth day of February, 2011, I caused the **MOTION AND PROPOSED ORDER TO WITHDRAW AS COUNSEL OF RECORD** and the **DECLARATION OF J. CHARLES COONS, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** to be served by the Court's CM/ECF system.

By: /s/ J. Charles Coons

Nevada Bar No. 10553
jccoons@gmail.com
10655 Park Run Drive, Suite 150
Las Vegas, Nevada 89144
(702) 335-4999

MOTION TO WITHDRAW AS COUNSEL OF RECORD