# FILED

APR 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIGHTHAVEN LLC,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>REALTY ONE GROUP, INC. and DAVID TINA,<br><br>        Defendants - Appellees. | No. 11-15714<br><br>D.C. No. 2:10-cv-01036-LRH-PAL<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

The opening brief was due on February 10, 2012. The appellant has failed to file the brief. This appeal is therefore dismissed for failure to prosecute. 9th Cir. R. 42-1.

A copy of this order sent to the district court shall act as and for the mandate of this court.

The appellee's motion to dismiss this appeal is denied as moot.

                For the Court:
                MOLLY C. DWYER
                Clerk of the Court:

                Cathie A. Gottlieb, Deputy Clerk
                Ninth Cir. R. 27-7/Advisory Note to Rule 27
                    and Ninth Circuit 27-10

04.02.12/cag/Pro Mo