# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, | 2:10-cv-01036-LRH-(PAL) |
| | C/A #: 11-15714 |
| Plaintiff/Appellant, | |
| | ORDER ON MANDATE |
| vs. | |
| REALTY ONE GROUP, INC. and DAVID TINA, | |
| Defendants/Appellees. | |

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on April 11, 2012, issued its mandate dismissing the appeal for failure to prosecute, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

DATED this 10th day of May, 2012.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE